67 A.3d 788

Susan J. HAINES

v.

UNEMPLOYMENT COMPENSATION BOARD
OF REVIEW (Staffmore, LLC)

Petition of Staffmore, LLC, Intervenor.

Supreme Court of Pennsylvania.

May 29, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May 2013, the Petition for Allowance of Appeal is **DENIED.** The Petition for Leave to File Supplemental Petition for Allowance of Appeal is also **DENIED.**

---

67 A.3d 788

Preston CARROLL, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, Respondent.

No. 33 EM 2013.

Supreme Court of Pennsylvania.

May 29, 2013.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2013, the "Petition for Writ of Mandamus and/or Extraordinary Relief" is **DENIED.**